FILED

MAY 2 7 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THE CONFEDERATED TRIBES OF THE )
WARM SPRINGS RESERVATION OF )        Civil No. 07-1558-PK
OREGON, )
                                     )
                    Plaintiff(s), )
                                     )        **ORDER**
          v.                         )
                                     )
MICHAEL OKERLUND LEAVITT, et al.,   )
                                     )
                    Defendant(s). )

Based on the record,

IT IS ORDERED that Plaintiff's Unopposed Motion to Dismiss [29] is GRANTED.  This case is

DISMISSED with prejudice and with no fees or costs to any party.

Dated this 26th day of May, 2009.

by _____
          Anna J. Brown
          United States District Judge